UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In re: PETROBRAS SECURITIES LITIGATION

This Document Applies To:

ALL CASES

14-cv-9662 (JSR)

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on July 30, 2018, Richard Gielata, Emelina Gielata and Joseph Gielata (the "Gielatas") filed a Notice of Appeal from the June 25, 2018 Opinion and Order and the July 2 Final Judgment approving the class action settlement;

**WHEREAS**, on September 20, 2018, this Court ordered the Gielatas to post a bond for costs on appeal of $50,000 under FRAP 7 (Docket #896);

**WHEREAS**, on August 30, 2019, the Second Circuit Court of Appeals entered a summary order affirming the district court's approval of the class action settlement;

**WHEREAS**, the Gielatas waived any further appeal and agreed to expedite issuance of the mandate, and the class plaintiffs and defendant Petróleo Brasiliero S.A. – Petrobras agreed to waive any costs on appeal;

**NOW, THEREFORE**, the parties agree, and request that the Court order as follows:

1. The Clerk of the Court shall release the FRAP 7 bond for costs on appeal.

2. The Clerk shall issue a check payable to Joseph Gielata in the amount of $50,000.

Date: September 3, 2019
New York, NY

Stipulated and agreed to by:

POMERANTZ LLP

By: *[signature: Jeremy Lin]*
    Jeremy A. Lieberman
    600 Third Avenue
    New York, New York 10016
    Tel: 212-661-1100
    Fax: 212-661-8665
    jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

By: _____
    Joseph N. Gielata
    Emelina Gielata
    Richard Gielata
    7811 Eads Avenue #207
    La Jolla, CA 92037
    (302) 507-4400
    gielata@gmail.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Lewis J. Liman
    Jared Gerber
    One Liberty Plaza
    New York, New York 10006
    Tel: 212-225-2000
    Fax: 212-225-3999
    lliman@cgsh.com
    jgerber@cgsh.com

*Attorneys for the Petrobras Defendants*

SO ORDERED.

_____
Honorable Jed S. Rakoff
United States District Judge

Dated: _____

Date: September 3, 2019
New York, NY

Stipulated and agreed to by:

POMERANTZ LLP

By: _____
    Jeremy A. Lieberman
    600 Third Avenue
    New York, New York 10016
    Tel: 212-661-1100
    Fax: 212-661-8665
    jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Lewis J. Liman
    Jared Gerber
    One Liberty Plaza
    New York, New York 10006
    Tel: 212-225-2000
    Fax: 212-225-3999
    lliman@cgsh.com
    jgerber@cgsh.com

*Attorneys for the Petrobras Defendants*

By: _____
    Joseph N. Gielata
    Emelina Gielata
    Richard Gielata
    7811 Eads Avenue #207
    La Jolla, CA 92037
    (302) 507-4400
    gielata@gmail.com

SO ORDERED.

Dated: _____

_____
Honorable Jed S. Rakoff
United States District Judge

Date: September 3, 2019
New York, NY

Stipulated and agreed to by:

POMERANTZ LLP

By: _____
Jeremy A. Lieberman
600 Third Avenue
New York, New York 10016
Tel: 212-661-1100
Fax: 212-661-8665
jalieberman@pomlaw.com

*Attorneys for Class Representatives and the Settlement Class*

By: _____
Joseph N. Gielata
Emelina Gielata
Richard Gielata
7811 Eads Avenue #207
La Jolla, CA 92037
(302) 507-4400
gielata@gmail.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lewis J. Liman
Jared Gerber
One Liberty Plaza
New York, New York 10006
Tel: 212-225-2000
Fax: 212-225-3999
lliman@cgsh.com
jgerber@cgsh.com

*Attorneys for the Petrobras Defendants*

Dated: 9/6/19

SO ORDERED.

_____
Honorable Jed S. Rakoff
United States District Judge

## Certificate of Service

I hereby certify that on September 4, 2019, I caused a true and correct copy of the foregoing Stipulation and Proposed Order to be electronically served by operation of the Court's electronic filing system, and to be served by mail upon:

Joseph Gielata
7811 Eads Ave., #207
La Jolla, California 92037

Richard Gielata
100 Westbury Drive
Coraopolis, Pennsylvania 15108

Emelina Gielata
100 Westbury Drive
Coraopolis, Pennsylvania 15108

Dated: September 4, 2019  /s/ *Jeremy A. Lieberman*
New York, New York  Jeremy A. Lieberman